CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**Ronald Moss**
PLAINTIFF

**4405 County Road 52**
Address (No Post Office Boxes)

**Notasulga    AL    36866**
City    State    Zip Code

Case: 1:23-cv-00964 JURY DEMAND
Assigned To : Mehta, Amit P.
Assign. Date : 3/27/2023
Description: Employ. Discrim. (H-DECK)

VS.

**Marathon TS**
DEFENDANT

**21145 Whitfield Pl Suite 106**
Address (No Post Office Boxes)

**Sterling    VA    20165**
City    State    Zip Code

CIVIL ACTION NO. _____

Jury Trial: ✓ Yes  ☐ No

## COMPLAINT

The charge of employment discrimination filed on 09/2022 with the U.S. Equal Employment Opportunity Commission (EEOC) by Ronald Moss against Marathon TS. Discriminated against due to disability and/or retailation. I am requesting a jury trail. I am not sure if that is applicable with the right to sue EEOC complaint. Seeking 1,000,000 net pay for damages. In closing, I am open to any settlement over 100,000.

**RECEIVED**
MAR 27 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Original Signature (in pen)

PO Box 2802
Name (if applicable, Prisoner ID No.)

Address or Facility Address
**Germantown   MD.   20875**

Rev: 01/10/2023
*Use additional pages as needed